812

No. 118. DOMBROWSKI ET AL. *v.* EASTLAND ET AL. C. A. D. C. Cir. Certiorari granted. MR. JUSTICE BLACK took no part in the consideration or decision of this petition. *Arthur Kinoy* and *William M. Kunstler* for petitioners. *Solicitor General Marshall, Assistant Attorney General Douglas* and *David L. Rose* for respondents.

No. 150. ASSOCIATED PRESS *v.* WALKER. Ct. Civ. App. Tex., 2d Sup. Jud. Dist. and/or Sup. Ct. Tex. Certiorari granted and one and one-half hours allotted for oral argument. *William P. Rogers, Stanley Godofsky* and *Arthur Moynihan* for petitioner. *William Andress, Jr.,* and *Clyde J. Watts* for respondent.

No. 168, Misc. WASHINGTON *v.* TEXAS. Ct. Crim. App. Tex. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted limited to Question 1 presented by the petition which reads as follows: "1. Is Petitioner's conviction and sentence void because he was denied his rights under the Sixth and Fourteenth Amendments to the Constitution of the United States to have compulsory process in obtaining an available witness in his favor, namely a Co-Defendant, charged and previously convicted under a separate indictment for the same transaction and which Co-Defendant, according to his Affidavit, could have exonerated Petitioner if such testimony were believed by the jury?" Case transferred to appellate docket. *Charles W. Tessmer* and *Emmett Colvin, Jr.,* for petitioner. *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, and *Charles B. Swanner* and *Howard M. Fender,* Assistant Attorneys General, for respondent.